# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

140231

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NADINE MAE CHAMBERS,
          Plaintiff-Appellee,

v

                                      SC: 140231
                                      COA: 293422
MERLE K. CHAMBERS,                     Lapeer CC: 91-016435-DO
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the November 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

0419

_____
Clerk